# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT** ) | |
| **OPPORTUNITY COMMISSION** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **CIVIL ACTION NO:** |
| ) | **2:08-CV-00120-LGW-JEG** |
| **MCINTOSH COUNTY BOARD OF** ) | |
| **HEALTH d/b/a MCINTOSH COUNTY** ) | |
| **HEALTH DEPARTMENT and** ) | |
| **GEORGIA DEPARTMENT OF** ) | |
| **COMMUNITY HEALTH,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## MOTION FOR SETTLEMENT

COME NOW the parties, by and through their counsel of record, and hereby move the Court for approval of the attached Consent Decree that has been executed by the parties in settlement of the above-captioned case.

This 23rd day of June, 2010.

Respectfully submitted,

s/Shelley S. Seinberg
Georgia Bar No. 617056
Attorney for Defendant
Georgia Department of
Community Health
Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia  30334
(404) 656-3385
(404) 657-9932 (FAX)

s/Lakisha Duckett
Georgia Bar No. 231641
Attorney for Plaintiff
EEOC – Legal Unit
100 Alabama Street, S.W.
Suite 4R30
Atlanta, Georgia  30303
(404) 562-6815
(404) 562-6905 (FAX)

s/G. Todd Carter
Georgia Bar No. 113601
Attorney for Defendant
McIntosh County Board of
Health
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS
5 Glynn Avenue
Post Office Box 220
Brunswick, Georgia  31521
(912) 264-8544